**Dismissed and Opinion Filed February 22, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01249-CV

**TIFFANY ALSTON, Appellant**
**V.**
**GUGV VICTORY PARK DALLAS PROPERTY OWNING LLC, D/B/A ASCENT VICTORY PARK, Appellee**

On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-17-04792-E

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

The filing fee and docketing statement in this case are past due. By postcard dated October 30, 2017, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By postcard dated January 23, 2018, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 42.3(b), (c).

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

171249F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

TIFFANY ALSTON, Appellant

No. 05-17-01249-CV     V.

GUGV VICTORY PARK DALLAS
PROPERTY OWNING LLC, D/B/A
ASCENT VICTORY PARK, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-17-04792-E.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee GUGV VICTORY PARK DALLAS PROPERTY OWNING LLC, D/B/A ASCENT VICTORY PARK recover its costs of this appeal from appellant TIFFANY ALSTON.

Judgment entered February 22, 2018.